IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| Grant Gilbert Lee Holbrook III, | : | Case No. 1:25-cv-268 |
| Plaintiff, | : : | |
| | : | Judge Susan J. Dlott |
| v. | : : | |
| Internal Revenue Service, *et al.*, | : | **Order Dismissing Case Without Prejudice** |
| Defendants. | : : | |

This matter is before the Court on the August 14, 2025 Report and Recommendation of the Magistrate Judge recommending that this case be dismissed without prejudice. (Doc. 8.) As the Magistrate Judge set forth, all parties were present at a July 22, 2025 status conference to discuss this case. (Doc. 6; August 14, 2025 Minute Entry.) At the status conference, Plaintiff requested to dismiss this action. Consistent with Plaintiff's wishes, the Magistrate Judge proceeded to recommend that this case be dismissed without prejudice. (Doc. 8.) No objections were filed. As such, the August 14, 2025 Report and Recommendation (Doc. 8) is **ADOPTED**, and this action is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**.

BY THE COURT:

S/Susan J. Dlott
Susan J. Dlott
United States District Judge